Lawrence M. Blue, WSBA NO. 29483
Attorney at Law
4620 200th Street SW, Suite D
Lynnwood, WA 98036
(425) 775-9700

The Honorable Marc L. Berreca
United States Bankruptcy Judge

*Ex Parte*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re<br><br>BARBARA M. EDDY<br><br><br><br><br><br><br><br>Debtor. | IN PROCEEDINGS UNDER CH. 7<br><br>NO. **15-12997**<br><br><br>MOTION TO EXTEND TIME<br>FOR ENTRY OF DISCHARGE<br><br>*EX PARTE* |

## 1. MOTION

COMES NOW the Debtor by the undersigned attorney and moves the Court for an Order extending the time for the entry of the Order of Discharge in this case for 30 days to 9/16/2015, to allow Debtor to negotiate a reaffirmation agreement with Advantis Credit Union for her vehicle.

Date: 8/17/2015

/S/ Lawrence M. Blue

Debtor's Attorney: Lawrence M. Blue, WSBA No. 29483


Motion to Extend Time
for Entry of Discharge

Lawrence M. Blue, Attorney
Bountiful Law, PLLC
4620 200th Street SW, Suite D
Lynnwood, WA 98036
425-775-9700 Fax 425-645-8088

Case 15-12997-MLB    Doc 9    Filed 08/17/15    Ent. 08/17/15 14:27:34    Pg. 1 of 1
